# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
  §
Tracy A Nelson  §  Case No. 14-42950
  §
  Debtor  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/29/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of            $      14,889.18

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 219.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $      14,669.32

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/28/2015 and the deadline for filing governmental claims was 05/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,238.92 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,238.92 , for a total compensation of $ 2,238.92 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/26/2016                 By:/s/Zane L. Zielinski
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-42950 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Tracy A Nelson | | | | Date Filed (f) or Converted (c): | 11/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 01/26/2016 | | | | Claims Bar Date: | 04/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 65.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 2,700.00 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts | 5.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Interest in insurance policy | 50.00 | 0.00 | | 0.00 | FA |
| 8. Interests in IRA, ERISA, Keogh, or other pension or profit s | 8,000.00 | 0.00 | | 0.00 | FA |
| 9. Interests in IRA, ERISA, Keogh, or other pension or profit s | 11,204.40 | 0.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 12,000.00 | 0.00 | | 0.00 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access | 26,500.00 | 0.00 | | 0.00 | FA |
| 12. Performance Bonus (u) | 29,778.35 | 14,889.18 | | 14,889.18 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $341,802.75    $14,889.18    $14,889.18    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 24119 Mission Creek Ct, Plainfield, Il 60586 Estimated value |
| RE PROP # | 3 | -- | Checking Account At Bmo Harris |
| RE PROP # | 4 | -- | Savings Account At Bmo Harris |
| RE PROP # | 5 | -- | Misc Household Goods and Furniture located at - 24119 Mission Creek Court, Plainfield IL 60586 Resale Value |
| RE PROP # | 6 | -- | Personal Clothing Of Debtor |
| RE PROP # | 7 | -- | Whole Life Polices Countywide -- Cash Surrender Value |
| RE PROP # | 8 | -- | 401(k) Accounts With BMO Harris |
| RE PROP # | 9 | -- | Pension At BMO Harris |
| RE PROP # | 10 | -- | 2012 Toyota Camry - 59,339 Miles Value Per vAuto on 11/18/14 |
| RE PROP # | 11 | -- | 2011 Audi Q7 - 51000 Miles Value per appraisal by Continental Audi 11/4/14 |
| RE PROP # | 12 | -- | Post Petition work bonus. |

Initial Projected Date of Final Report (TFR): 01/31/2016        Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-42950  
Case Name: Tracy A Nelson  
Taxpayer ID No: XX-XXX1712  
For Period Ending: 01/26/2016  

Trustee Name: Zane L. Zielinski  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4289  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4978 | Transfer of Funds | 9999-000 | $14,790.20 | | $14,790.20 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.76 | $14,777.44 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.97 | $14,755.47 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.23 | $14,734.24 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.91 | $14,712.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $14,691.16 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.84 | $14,669.32 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $14,790.20 | $120.88 |
| Less: Bank Transfers/CD's | $14,790.20 | $0.00 |
| Subtotal | $0.00 | $120.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $120.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $14,790.20     $120.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-42950 | Trustee Name: Zane L. Zielinski |
| Case Name: Tracy A Nelson | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4978 |
| | Checking |
| Taxpayer ID No: XX-XXX1712 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/15 | 12 | Tracy Nelson<br>BMO Harris<br>Cashier's Check | Work related bonus received post petition | 1129-000 | $7,444.59 | | $7,444.59 |
| 02/06/15 | | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | Work related bonus received post petition | 1129-000 | $0.00 | | $7,444.59 |
| 02/06/15 | | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | work related bonus Reversal This was voided because of an incorrect deposit amount | 1129-000 | $0.00 | | $7,444.59 |
| 02/06/15 | 12 | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | work related bonus Post Petition Work related bonus earned pre-petition. | 1129-000 | $7,444.59 | | $14,889.18 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.14 | $14,877.04 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.11 | $14,854.93 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.37 | $14,833.56 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.05 | $14,811.51 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.31 | $14,790.20 |
| 07/14/15 | | Transfer to Acct # xxxxxx4289 | Transfer of Funds | 9999-000 | | $14,790.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,889.18 | $14,889.18 |
| Less: Bank Transfers/CD's | $0.00 | $14,790.20 |
| Subtotal | $14,889.18 | $98.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,889.18 | $98.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $14,889.18  $14,889.18

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4289 - Checking | $0.00 | $120.88 | $14,669.32 |
| XXXXXX4978 - Checking | $14,889.18 | $98.98 | $0.00 |
|  | $14,889.18 | $219.86 | $14,669.32 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $14,889.18 |
| Total Gross Receipts: | $14,889.18 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-42950  
Debtor Name: Tracy A Nelson  
Claims Bar Date: 4/28/2015  

Date: January 26, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $2,238.92 | $2,238.92 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,178.38 | $2,178.38 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $537.58 | $537.58 |
| 3 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,487.71 | $2,487.71 |
| 4 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,704.18 | $1,704.18 |
| 5 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,301.11 | $1,301.11 |
| 6 300 7100 | Capital One, N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $14,427.55 | $14,427.55 |
| 7 300 7100 | Wells Fargo Bank<br>Mac X2505-036<br>Po Box 10438<br>Des Moines, Ia 50306 | Unsecured | | $0.00 | $23,377.17 | $23,377.17 |
| 8 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,332.71 | $3,332.71 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-42950                                                                                                       Date: January 26, 2016
Debtor Name: Tracy A Nelson
Claims Bar Date: 4/28/2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $2,414.37 | $2,414.37 |
| 10 300 7100 | Cavalry Spvi Llc Assignee Capital One, Na Bass Associates Pc 3936 E Fort Lowell Road Suite 200 Tucson, Az 85712 | Unsecured | | $0.00 | $5,026.12 | $5,026.12 |
| 11 300 7100 | Cavalry Spv I, Llc Bass & Associates, P.C. 3936 E. Ft. Lowell Suite 200 Tucson, Az 85712 | Unsecured | | $0.00 | $696.28 | $696.28 |
| 12 300 7100 | Springleaf Financial Services P.O. Box 3251 Evansville, In 47731-3251 | Unsecured | | $0.00 | $5,654.74 | $5,654.74 |
| 13 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $22,567.76 | $22,567.76 |
| 14 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $929.79 | $929.79 |
| | Case Totals | | | $0.00 | $88,874.37 | $88,874.37 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-42950  
Case Name: Tracy A Nelson  
Trustee Name: Zane L. Zielinski  

| | | |
|---|---|---|
| Balance on hand | $ | 14,669.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 2,238.92 | $ 0.00 | $ 2,238.92 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,238.92 |
| Remaining Balance | | | $ 12,430.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,635.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 2,178.38 | $ 0.00 | $ 312.55 |
| 2 | Discover Bank | $ 537.58 | $ 0.00 | $ 77.13 |
| 3 | Quantum3 Group Llc As Agent For | $ 2,487.71 | $ 0.00 | $ 356.94 |
| 4 | Quantum3 Group Llc As Agent For | $ 1,704.18 | $ 0.00 | $ 244.51 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,301.11 | $ 0.00 | $ 186.68 |
| 6 | Capital One, N.A. | $ 14,427.55 | $ 0.00 | $ 2,070.06 |
| 7 | Wells Fargo Bank | $ 23,377.17 | $ 0.00 | $ 3,354.14 |
| 8 | Capital One, N.A. | $ 3,332.71 | $ 0.00 | $ 478.18 |
| 9 | Capital Recovery V, Llc | $ 2,414.37 | $ 0.00 | $ 346.41 |
| 10 | Cavalry Spvi Llc Assignee Capital One, Na | $ 5,026.12 | $ 0.00 | $ 721.14 |
| 11 | Cavalry Spv I, Llc | $ 696.28 | $ 0.00 | $ 99.90 |
| 12 | Springleaf Financial Services | $ 5,654.74 | $ 0.00 | $ 811.34 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | $ 22,567.76 | $ 0.00 | $ 3,238.01 |
| 14 | Pyod, Llc Its Successors And Assigns As Assignee | $ 929.79 | $ 0.00 | $ 133.41 |
| | Total to be paid to timely general unsecured creditors | | | $ 12,430.40 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*