**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Tracy A Nelson | § | Case No. 14-42950 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　219 S. Dearborn Street
　　　　　　　　Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/04/2016 in Courtroom ,
　　　　　　　　Second Floor
　　　　　　　　Joliet City Hall Building
　　　　　　　　150 West Jefferson Street
　　　　　　　　Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2016　　　　　　　　　By: /s/ Zane L. Zielinski
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Tracy A Nelson § Case No. 14-42950
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 14,889.18 |
| and approved disbursements of | $ 219.86 |
| leaving a balance on hand of[1] | $ 14,669.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 2,238.92 | $ 0.00 | $ 2,238.92 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,238.92 |
| Remaining Balance | | | $ 12,430.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,635.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 2,178.38 | $ 0.00 | $ 312.55 |
| 2 | Discover Bank | $ 537.58 | $ 0.00 | $ 77.13 |
| 3 | Quantum3 Group Llc As Agent For | $ 2,487.71 | $ 0.00 | $ 356.94 |
| 4 | Quantum3 Group Llc As Agent For | $ 1,704.18 | $ 0.00 | $ 244.51 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,301.11 | $ 0.00 | $ 186.68 |
| 6 | Capital One, N.A. | $ 14,427.55 | $ 0.00 | $ 2,070.06 |
| 7 | Wells Fargo Bank | $ 23,377.17 | $ 0.00 | $ 3,354.14 |
| 8 | Capital One, N.A. | $ 3,332.71 | $ 0.00 | $ 478.18 |
| 9 | Capital Recovery V, Llc | $ 2,414.37 | $ 0.00 | $ 346.41 |
| 10 | Cavalry Spvi Llc Assignee Capital One, Na | $ 5,026.12 | $ 0.00 | $ 721.14 |
| 11 | Cavalry Spv I, Llc | $ 696.28 | $ 0.00 | $ 99.90 |
| 12 | Springleaf Financial Services | $ 5,654.74 | $ 0.00 | $ 811.34 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | $ 22,567.76 | $ 0.00 | $ 3,238.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Pyod, Llc Its Successors And Assigns As Assignee | $ 929.79 | $ 0.00 | $ 133.41 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 12,430.40 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski  
Chapter 7 Trustee

Zane L. Zielinski  
6336 N. Cicero Avenue  
Suite 201  
Chicago, Illinois 60646

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 14-42950-BWB
Tracy A Nelson                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley           Page 1 of 2            Date Rcvd: Feb 05, 2016
                              Form ID: pdf006         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2016.
```
db             +Tracy A Nelson,    24119 Mission Creek Court,    Plainfield, IL 60586-2294
22682507       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
22682508       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
22682509       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22682510       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
22682511       +Cap1/Neimn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
23005168        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22925022        Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
23170548       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                 Tucson, AZ 85712-1083
23141297       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
22682512       +Comenity Bank,    Po Box 182273,    Columbus, OH 43218-2273
22682514       +Dreyer Medical Group,    1870 West Galena Blvd,    Aurora, IL 60506-4387
22682515       +Edward,    P.O. Box 4207,    Carol Stream, IL 60197-4207
22682516        Edward Health Ventures,    26185 Network Place,    Chicago, IL 60673-1261
22682519       +MaxLend,    PO Box 639,    Parshall, ND 58770-0639
22682520       +Medical Recovery Specialists,    2250 East Devon St, Suite 352,    Des Plaines, IL 60018-4519
22682521        Nandra Family Practice,    115 E. South Street, Unit F,    Plano, IL 60545-1595
22682522        Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA 18002-6314
22682523       +Ncofin/980,    600 Holiday Plaza Suite 300,    Matteson, IL 60443-2238
22682526       +Plainfield Fire Prot Dist,    PO Box 457,    Wheeling, IL 60090-0457
22682527       +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
22682528        Presence Mercy Medical Center,    Patient Financial Services,    1643 Lewis Ave, Ste. 203,
                 Billings, MT 59102-4151
22682532       +The Palos Medical Group,    12251 S. 80th Avenue,    Palos Heights, IL 60463-1256
22682533        Therapy,    23819 W. Mill St, Suite 9,    Plainfield, IL 60544-3460
22682534       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
22682535      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
22977295       +Wells Fargo Bank,    MAC X2505-036,    PO BOX 10438,    Des Moines, IA 50306-0438
22682536       +Wf Crd Svc,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23116857        E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2016 00:23:21      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22866142        E-mail/Text: mrdiscen@discover.com Feb 06 2016 00:26:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
22682513       +E-mail/Text: mrdiscen@discover.com Feb 06 2016 00:26:40      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
22682517       +E-mail/Text: bankruptcy@icsystem.com Feb 06 2016 00:28:36      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
22682518       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2016 00:26:53      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22682524       +E-mail/Text: bnc@nordstrom.com Feb 06 2016 00:26:54      Nordstrom Fsb,    Po Box 6565,
                 Englewood, CO 80155-6565
22682525       +E-mail/Text: clientservices@northwestcollectors.com Feb 06 2016 00:27:08
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
23224304       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2016 00:22:52
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22864255        E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2016 00:27:21
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
22682529        E-mail/PDF: cbp@springleaf.com Feb 06 2016 00:22:44      Springleaf Financial S,
                 12337 S Route 59 Ste 20,    Plainfield, IL 60585
23197418        E-mail/PDF: cbp@springleaf.com Feb 06 2016 00:22:44      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
22682531       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2016 00:23:19      Syncb/Lenscrafters,
                 C/O Po Box 965036,    Orlando, FL 32896-0001
22682537        E-mail/Text: csobun@womenscenterforhealth.org Feb 06 2016 00:28:36      Womens Center for Health,
                 1220 Hobson Road Ste. 116,    Naperville, IL 60540-8137
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22682530        Streams of Plainfield c/o Vanguard
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 2                   Date Rcvd: Feb 05, 2016
                              Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2016 at the address(es) listed below:
              John J Lynch    on behalf of Debtor 1 Tracy A Nelson jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shannon  Cummings    on behalf of Creditor   PNC Bank, N.A. shannon@blommerpeterman.com
              Zane L. Zielinski    trustee@zanezielinski.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
                                                                                             TOTAL: 5
```