# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Tracy A Nelson | § | Case No. 14-42950 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 273,450.00 *(Without deducting any secured claims)* | Assets Exempt: 53,463.58 |
| Total Distributions to Claimants: 12,430.40 | Claims Discharged Without Payment: 446,382.14 |
| Total Expenses of Administration: 2,458.78 | |

3) Total gross receipts of $ 14,889.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,889.18  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 303,789.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,458.78 | 2,458.78 | 2,458.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 128,180.09 | 86,635.45 | 86,635.45 | 12,430.40 |
| **TOTAL DISBURSEMENTS** | $ 431,969.09 | $ 89,094.23 | $ 89,094.23 | $ 14,889.18 |

4) This case was originally filed under chapter 7 on 11/29/2014 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2016          By: /s/Zane L. Zielinski
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Performance Bonus | 1129-000 | 14,889.18 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,889.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pncbank 2730 Liberty Ave Pittsburgh, PA 15222 | | 35,903.00 | NA | NA | 0.00 |
| | Pncbank 2730 Liberty Ave Pittsburgh, PA 15222 | | 18,869.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 249,017.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 303,789.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,238.92 | 2,238.92 | 2,238.92 |
| Associated Bank | 2600-000 | NA | 120.88 | 120.88 | 120.88 |
| The Bank of New York Mellon | 2600-000 | NA | 98.98 | 98.98 | 98.98 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,458.78 | $ 2,458.78 | $ 2,458.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 9.00 | NA | NA | 0.00 |
| | Dreyer Medical Group 1870 West Galena Blvd Aurora, IL 60506 | | 258.40 | NA | NA | 0.00 |
| | Edward Health Ventures 26185 Network Place Chicago, IL 60673-1261 | | 13.26 | NA | NA | 0.00 |
| | Edward P.O. Box 4207 Carol Stream, IL 60197 | | 787.45 | NA | NA | 0.00 |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 180.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 3,145.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MaxLend PO Box 639 Parshall, ND 58770 | | 1,562.55 | NA | NA | 0.00 |
| | Medical Recovery Specialists 2250 East Devon St, Suite 352 Des Plaines, IL 60018 | | 734.40 | NA | NA | 0.00 |
| | Nandra Family Practice 115 E. South Street, Unit F Plano, IL 60545-1595 | | 44.26 | NA | NA | 0.00 |
| | Nationwide Credit PO Box 26314 Lehigh Valley, PA 18002-6314 | | 0.00 | NA | NA | 0.00 |
| | Ncofin/980 600 Holiday Plaza Suite 300 Matteson, IL 60443 | | 31,657.00 | NA | NA | 0.00 |
| | Nordstrom Fsb Po Box 6565 Englewood, CO 80155 | | 2,640.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 200.00 | NA | NA | 0.00 |
| | Plainfield Fire Prot Dist PO Box 457 Wheeling, IL 60090 | | 721.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Presence Mercy Medical Center Patient Financial Services 1643 Lewis Ave, Ste. 203 Billings, MT 59102-4151 | | 401.22 | NA | NA | 0.00 |
| | Streams of Plainfield c/o Vanguard | | 400.00 | NA | NA | 0.00 |
| | Syncb/Lenscrafters C/O Po Box 965036 Orlando, FL 32896 | | 2,554.00 | NA | NA | 0.00 |
| | The Palos Medical Group 12251 S. 80th Avenue Palos Heights, IL 60463 | | 56.02 | NA | NA | 0.00 |
| | Therapy 23819 W. Mill St, Suite 9 Plainfield, IL 60544-3460 | | 589.19 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 22,167.00 | NA | NA | 0.00 |
| | Womens Center for Health 1220 Hobson Road Ste. 116 Naperville, IL 60540-8137 | | 268.34 | NA | NA | 0.00 |
| 6 | Capital One, N.A. | 7100-000 | 13,785.00 | 14,427.55 | 14,427.55 | 2,070.06 |
| 8 | Capital One, N.A. | 7100-000 | 4,953.00 | 3,332.71 | 3,332.71 | 478.18 |
| 9 | Capital Recovery V, Llc | 7100-000 | NA | 2,414.37 | 2,414.37 | 346.41 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Cavalry Spv I, Llc | 7100-000 | NA | 696.28 | 696.28 | 99.90 |
| 10 | Cavalry Spvi Llc Assignee Capital One, Na | 7100-000 | 566.00 | 5,026.12 | 5,026.12 | 721.14 |
| 2 | Discover Bank | 7100-000 | 597.00 | 537.58 | 537.58 | 77.13 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 22,567.76 | 22,567.76 | 3,238.01 |
| 14 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 890.00 | 929.79 | 929.79 | 133.41 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 2,487.71 | 2,487.71 | 356.94 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | 7,144.00 | 1,704.18 | 1,704.18 | 244.51 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,301.11 | 1,301.11 | 186.68 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 2,178.38 | 2,178.38 | 312.55 |
| 12 | Springleaf Financial Services | 7100-000 | 8,936.00 | 5,654.74 | 5,654.74 | 811.34 |
| 7 | Wells Fargo Bank | 7100-000 | 22,921.00 | 23,377.17 | 23,377.17 | 3,354.14 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 128,180.09** | **$ 86,635.45** | **$ 86,635.45** | **$ 12,430.40** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-42950 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Tracy A Nelson | | | | Date Filed (f) or Converted (c): | 11/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 05/09/2016 | | | | Claims Bar Date: | 04/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Property | 250,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash On Hand | 65.00 | 0.00 | | 0.00 | FA |
| 3.  Checking, savings or other financial accounts | 2,700.00 | 0.00 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts | 5.00 | 0.00 | | 0.00 | FA |
| 5.  Household goods and furnishings, including audio, video, and | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Interest in insurance policy | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Interests in IRA, ERISA, Keogh, or other pension or profit s | 8,000.00 | 0.00 | | 0.00 | FA |
| 9.  Interests in IRA, ERISA, Keogh, or other pension or profit s | 11,204.40 | 0.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 12,000.00 | 0.00 | | 0.00 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access | 26,500.00 | 0.00 | | 0.00 | FA |
| 12. Performance Bonus (u) | 29,778.35 | 14,889.18 | | 14,889.18 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $341,802.75      $14,889.18      $14,889.18      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 24119 Mission Creek Ct, Plainfield, Il 60586 Estimated Value |
| RE PROP # | 3 | -- | Checking Account At Bmo Harris |
| RE PROP # | 4 | -- | Savings Account At Bmo Harris |
| RE PROP # | 5 | -- | Misc Household Goods and Furniture located at - 24119 Mission Creek Court, Plainfield IL 60586 Resale Value |
| RE PROP # | 6 | -- | Personal Clothing Of Debtor |
| RE PROP # | 7 | -- | Whole Life Polices Countywide -- Cash Surrender Value |
| RE PROP # | 8 | -- | 401(k) Accounts With BMO Harris |
| RE PROP # | 9 | -- | Pension At BMO Harris |
| RE PROP # | 10 | -- | 2012 Toyota Camry - 59,339 Miles Value Per vAuto on 11/18/14 |
| RE PROP # | 11 | -- | 2011 Audi Q7 - 51000 Miles Value per appraisal by Continental Audi 11/4/14 |
| RE PROP # | 12 | -- | Post Petition work bonus. |

Initial Projected Date of Final Report (TFR): 01/31/2016      Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-42950 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | Tracy A Nelson | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4289 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1712 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4978 | Transfer of Funds | 9999-000 | $14,790.20 | | $14,790.20 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.76 | $14,777.44 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.97 | $14,755.47 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.23 | $14,734.24 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.91 | $14,712.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $14,691.16 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.84 | $14,669.32 |
| 03/04/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,238.92 | $12,430.40 |
| 03/04/16 | 5002 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Distribution | | | $1,100.68 | $11,329.72 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 representing a payment of 14.35 % per court order. ($312.55) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 14.35 % per court order. ($356.94) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 14.35 % per court order. ($244.51) | 7100-000 | | | |

Page Subtotals: $14,790.20   $3,460.48

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-42950 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Tracy A Nelson | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4289 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1712 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 5 representing a payment of 14.35 % per court order. | ($186.68) 7100-000 | | | |
| 03/04/16 | 5003 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 14.35 % per court order. | 7100-000 | | $77.13 | $11,252.59 |
| 03/04/16 | 5004 | Capital One, N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 14.35 % per court order. | 7100-000 | | $2,070.06 | $9,182.53 |
| 03/04/16 | 5005 | Wells Fargo Bank<br>Mac X2505-036<br>Po Box 10438<br>Des Moines, Ia 50306 | Final distribution to claim 7 representing a payment of 14.35 % per court order. | 7100-000 | | $3,354.14 | $5,828.39 |
| 03/04/16 | 5006 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 14.35 % per court order. | 7100-000 | | $478.18 | $5,350.21 |
| 03/04/16 | 5007 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 14.35 % per court order. | 7100-000 | | $346.41 | $5,003.80 |
| 03/04/16 | 5008 | Cavalry Spvi Llc Assignee Capital One, Na<br>Bass Associates Pc<br>3936 E Fort Lowell Road Suite 200<br>Tucson, Az 85712 | Final distribution to claim 10 representing a payment of 14.35 % per court order. | 7100-000 | | $721.14 | $4,282.66 |
| 03/04/16 | 5009 | Cavalry Spv I, Llc<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, Az 85712 | Final distribution to claim 11 representing a payment of 14.35 % per court order. | 7100-000 | | $99.90 | $4,182.76 |
| 03/04/16 | 5010 | Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, In 47731-3251 | Final distribution to claim 12 representing a payment of 14.35 % per court order. | 7100-000 | | $811.34 | $3,371.42 |

Page Subtotals: $0.00 $7,958.30

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-42950 | Trustee Name: Zane L. Zielinski |
| Case Name: Tracy A Nelson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4289 |
| | Checking |
| Taxpayer ID No: XX-XXX1712 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/16 | 5011 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $3,371.42 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 13 representing a payment of 14.35 % per court order. ($3,238.01) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 14 representing a payment of 14.35 % per court order. ($133.41) | 7100-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,790.20 | $14,790.20 |
| Less: Bank Transfers/CD's | $14,790.20 | $0.00 |
| Subtotal | $0.00 | $14,790.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,790.20 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $3,371.42 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-42950 | Trustee Name: Zane L. Zielinski |
| Case Name: Tracy A Nelson | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4978 |
| | Checking |
| Taxpayer ID No: XX-XXX1712 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/15 | 12 | Tracy Nelson<br>BMO Harris<br>Cashier's Check | Work related bonus received post petition | 1129-000 | $7,444.59 | | $7,444.59 |
| 02/06/15 | | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | Work related bonus received post petition | 1129-000 | $0.00 | | $7,444.59 |
| 02/06/15 | | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | work related bonus Reversal This was voided because of an incorrect deposit amount | 1129-000 | $0.00 | | $7,444.59 |
| 02/06/15 | 12 | Tracy A. Nelson<br>Cashier's Check<br>BMO Harris Bank | work related bonus Post Petition Work related bonus earned pre-petition. | 1129-000 | $7,444.59 | | $14,889.18 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.14 | $14,877.04 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.11 | $14,854.93 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.37 | $14,833.56 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.05 | $14,811.51 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.31 | $14,790.20 |
| 07/14/15 | | Transfer to Acct # xxxxxx4289 | Transfer of Funds | 9999-000 | | $14,790.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,889.18 | $14,889.18 |
| Less: Bank Transfers/CD's | $0.00 | $14,790.20 |
| Subtotal | $14,889.18 | $98.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,889.18 | $98.98 |
| Page Subtotals: | $14,889.18 | $14,889.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4289 - Checking | $0.00 | $14,790.20 | $0.00 |
| XXXXXX4978 - Checking | $14,889.18 | $98.98 | $0.00 |
|  | $14,889.18 | $14,889.18 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $14,889.18 |
| Total Gross Receipts: | $14,889.18 |

Page Subtotals: $0.00  $0.00